

University Hospitals



THE OHIO LEGAL BLANK CO., INC.

**EXHIBIT**
D

CLEVELAND, OHIO 44102-1799

# JOB DESCRIPTION

**Job Title:** Patient Transporter

| Management Center: Support Services | Date Revised: 2/2009<br>Date Prepared: |
|---|---|

**Reports to (Title):** Supervisor, Patient Transport

| Exempt:<br>Non-Exempt: * | Staff (approx):<br><br>0 | Age of patients served:<br>0-100 | Responsible for operating budget of :<br>0 | Financial impact – amount of $ influenced:<br>0 |
|---|---|---|---|---|

**Position Summary/Essential Duties:**
1. Provides safe efficient transport of patients, equipment, and miscellaneous supplies.
2. Performs transport duties as needed and assist in training new hires.
3. Communicates with other departments to assess their transport needs.
4. Must be oriented to physical layout of the hospital and locations of patient testing areas.
5. Performs data entry and receives dispatch information via Tele-Tracking System.

**Education/Expertise:**
High School Diploma or GED equivalent
Good communication skills

**Required Credentials, License and/or Certifications:**
Basic Life Support for adults and children (CPR)
Must pass Fit testing for N95 mask
Must have ability to pass written exams or demonstrate understanding of the following Guidelines and Policies:
Age specific competency
Universal Precautions
Isolation policy and procedures
HIPAA policy
Hospital Safety
National Patient Safety Goals (NPSG)
Proper body mechanics for lifting and/or moving patients

| Experience & Knowledge:<br>Basic patient care experience | Special Skills & Equipment Knowledge:<br>Excellent communication abilities<br>Knowledge and handling of transport equipment<br>(wheelchairs, carts, oxygen) |
|---|---|

**Job Relationships/Contacts:**

| Internal – Who | Purpose | External - Who | Purpose |
|---|---|---|---|
| Patients<br>Hospital Employees<br>Patient's family members<br>Nurses<br>Physicians | Communication of transport needs<br>Transport assignments<br>Transport request | N/A | None |

## Job Specific Competencies – Patient Transporter

| Competency: Provides age-specific care to patients from neonates through geriatrics | |
| --- | --- |

**Expectations:**

* Neonatal and infant

    Transports patients in a safe and secure manner using equipment specific to patient size and needs.

    Communicates with parents about transport destinations.

    Invites parents to come with patient.

* Toddler and Pre-School

    Transports patients in a safe and secure manner using equipment specific to patient size and needs.

    Communicates with parents about transport destinations.

    Invites parents to come with patient.

* School-Aged

    Transports patients in a safe and secure manner using equipment specific to patient size and needs.

    Communicates with parents about transport destinations.

    Invites parents to come with patient.

* Adolescents

    Speaks directly to adolescents using eye contact and tells the patient where their transport destination will be.

    Lets the patient decide the mode of travel.

* Geriatrics

    Provides patients with time to move to travel equipment assisting them when needed.

    Speaks directly to patients maintaining eye contact.

    Uses mode of travel that is safest for the patient.

    Invites family members to travel with the patient.

| Competency: Demonstrates successful patient care skills by safely and efficiently transporting patients | |
| --- | --- |

**Expectations:**

*Understands and practices national patient safety goals.

* Practices universal precautions with all patients.

* Uses correct equipment for patient transport (02, IV, cart, wheelchair, bed)

* Consistently uses 2 patient identifiers when picking up patient for transport.

* Practices hand washing technique for direct patient care.

* All patient transports are made directly to primary destination – no unauthorized detours.

* Consistent practices of correct body mechanics for patient transfer and lifting.

* Identifies equipment malfunctions and informs a supervisor when equipment needs to be removed from service.

* Makes sure equipment is clean before using for transport.

* Dresses carts with sheets and provides linen coverage for patient comfort.